IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. CAREY, et al., | No. CIV S-07-2762-LKK-CMK |
| Plaintiffs, | |
| vs. | |
| STATE OF CALIFORNIA FRANCHISE TAX BOARD, et al., | |
| Defendants. | |
| _____/ | |
| MICHAEL T. CAREY, et al., | No. CIV S-07-2763-LKK-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| PAUL ENJALRAN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiffs Michael T. Carey and Leone R. Carey, who are proceeding pro se, bring these related civil actions. Pending before the court are plaintiffs' motions for leave to proceed in forma pauperis in both actions (Doc. 2 in case no. CIV-S-07-2762-LKK-CMK and Doc. 2 in

1

1  case no. CIV-S-07-2763-LKK-CMK).  Plaintiffs' complaints, and service thereof by the United
2  States Marshal if appropriate, will be addressed separately.  The Clerk of the Court shall not
3  issue summons or set this matter for an initial scheduling conference unless specifically directed
4  by the court to do so.
5           Plaintiffs have submitted the affidavit required by 28 U.S.C. § 1915(a) showing
6  that plaintiffs are unable to prepay fees and costs or give security therefor.
7           Accordingly, IT IS HEREBY ORDERED that plaintiffs' motions for leave to
8  proceed in forma pauperis are granted.

DATED: January 10, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE